UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 7 |
| | : | |
| PETER WILLIAM DiGIOVANNI, | : | |
| | : | |
| Debtor. | : | Bky. No. 09-12738ELF |
| | : | |
| ESTATE OF HELEN J. DiSABATO, | : | |
| Michele Demko and Norman | : | |
| Demko, Co-executors, | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| PETER WILLIAM DiGIOVANNI, | : | |
| | : | |
| Defendant. | : | Adv. No. 09-00226 |
| | : | |

## ORDER

AND NOW, following a trial of the above adversary proceeding and for the reasons set forth in the accompanying Memorandum, it is hereby **DETERMINED** that the Debtor's debt in the amount of $29,279.55 to the Plaintiffs is **NONDISCHARGEABLE** pursuant to 11 U.S.C. §523(a)(6).

Date: January 5, 2011

ERIC L. FRANK
U.S. BANKRUPTCY JUDGE

cc:   Peter William DiGiovanni
      1477 Heather Hills Lane
      Glen Mills, PA 19342